# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-2854
_____

Elease Hill; Carlton Newsome; Vada Smith

*Plaintiffs - Appellants*

v.

City of El Dorado, an Incorporated Body through Mayor Frank Hass in his Official
Capacity as Mayor and City Council in their Individual Official Capacity as the
City Council of El Dorado

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado

_____

Submitted: May 10, 2017
Filed: May 17, 2017
[Unpublished]

_____

Before GRUENDER, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Elease Hill, Carlton Newsome, and Vada Smith appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Appellants have identified no valid basis for reversal of the rulings they challenge, and we find none.[2] See Malone v. Hinman, 847 F.3d 949, 952 (8th Cir. 2017) (de novo review). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

[2]We have not considered arguments appellants raise for the first time on appeal. See Schaffer v. Beringer, 842 F.3d 585, 592 n.2 (8th Cir. 2016), petition for cert. filed, U.S. Feb. 17, 2017 (No. 16-1262).